FILED
CLERK, U.S. DISTRICT COURT
7/30/15
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| William M. Pate,<br><br>    Petitioner,<br><br>    v.<br><br>Bodega Latina Corporation, dba El Super,<br><br>    Respondent. | CASE NO. CV 15-4228-GHK (AGRx)<br><br>**TEMPORARY INJUNCTION UNDER SECTION 10(J) OF THE NATIONAL LABOR RELATIONS ACT** |

This matter is before us on Regional Director William M. Pate's ("Petitioner") Petition for Temporary Injunction Under Section 10(j) of the National Labor Relations Act. Based on the findings and conclusions in the Civil Minute Order issued simultaneously with this Temporary Injunction (or "Order"), we rule as follows:

Respondent Bodega Latina Corporation d/b/a El Super, its officers, agents, successors, assigns, and all persons acting in concert or participation with them, who shall receive notice of this Order by service or otherwise, **SHALL**

(1) Cease and desist from:

    (a) Making unilateral changes to the vacation policy and

      (b) Terminating employees because they engage in union and/or protected concerted activities.

(2) Take the following affirmative actions:

      (a) **Within five (5) days** of this Order, and pending his presentation of documentation that he is authorized to work in the United States, offer in writing to Fermin Rodriguez, immediate interim reinstatement to the same position he held at the time he was discharged on or about January 8, 2015, or, if that position no longer exists, to a substantially equivalent position, without prejudice to his seniority or any other rights or privileges previously enjoyed while working for the Respondent, displacing, if necessary, any workers subsequently hired, transferred, or reassigned;

      (b) **Within five (5) days** of the issuance of this Order, remove from its files any reference to the suspension and termination of Fermin Rodriguez, and **within three (3) days thereafter** notify Rodriguez and Petitioner in writing that this has been done and that the termination and suspension will not be used against him in any way;

      (c) **Within 30 days** of the issuance of this Order, ensure that the vacation policy is implemented such that (a) employees accrue one week of vacation time during their first year of employment and (b) accrued time is calculated on a yearly basis upon the completion of each full year worked;

      (d) **Within five (5) days** of the issuance of this Order, post copies (in English and Spanish) of the Order at Respondent's retail grocery stores at 9170 Woodman Avenue, Arleta, CA; 960 West Arrow Highway, Covina, CA; 1301 East Gage Avenue, Los Angeles, CA; 10531 South Carmenita Road, Santa Fe Springs, CA; 1100 West Slauson Avenue, Los Angeles, CA; 650 North Euclid Street, Anaheim, CA; and 3321 West Century Boulevard, Inglewood, CA, in a location at each store where notices to employees are customarily posted; maintain these postings during the Board's administrative proceeding free from all obstructions and defacements.

All employees shall have free and unrestricted access to said Order. Translation of the Order into Spanish shall be at Respondent's expense. The translation shall be approved by the Regional Director;

(e) **Within ten (10) days** of this Order, in the presence of a Board Agent and a representative of the Unions, require this Order to be read by a responsible official of Respondent, or, at Respondent's option, by a Board Agent in the presence of a responsible official of Respondent, in English and Spanish to assembled employees at Respondent's retail grocery stores located at 9170 Woodman Avenue, Arleta, CA; 960 West Arrow Highway, Covina, CA; 1301 East Gage Avenue, Los Angeles, CA; 10531 South Carmenita Road, Santa Fe Springs, CA; 1100 West Slauson Avenue, Los Angeles, CA; 650 North Euclid Street, Anaheim, CA; and 3321 West Century Boulevard, Inglewood, CA, during paid working time, with attendance at the reading to be mandatory for all employees on duty on the day of the reading;

(f) Grant agents of the Board reasonable access to Respondent's retail grocery stores located at 9170 Woodman Avenue, Arleta, CA; 960 West Arrow Highway, Covina, CA; 1301 East Gage Avenue, Los Angeles, CA; 10531 South Carmenita Road, Santa Fe Springs, CA; 1100 West Slauson Avenue, Los Angeles, CA; 650 North Euclid Street, Anaheim, CA; and 3321 West Century Boulevard, Inglewood, CA, in order to monitor compliance with the posting requirement; and

1     (g) **Within 40 days** of the issuance of this Order, file with the Court, and serve
2     upon Petitioner, a sworn affidavit from a responsible official of Respondent,
3     setting forth with specificity the manner in which Respondent has complied with
4     the terms of this Order, including how and when it posted the documents required
5     by the Order.

6

7     **IT IS SO ORDERED**.

8

9 DATED: July 30, 2015

10

11                                            _____

12                                                 GEORGE H. KING
                                        Chief United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28